UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his *guardians ad litem* W.B. and B.T.,<br><br>Plaintiffs,<br><br>v.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; CHAD BIANCO, in his official capacity as Riverside County Sheriff, DEPUTY SHERIFF NORMA LOZA; and DOES 1-10.<br><br>Defendants. | **Case No. 5-21-cv-00194** -KK<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE UNDER SEAL:**<br><br>1. Declaration of W.B. in Support of Plaintiff's Ex Parte Application for Appointment of Guardians ad Litem<br>2. Declaration of B.T. in Support of Plaintiff's Ex Parte Application for Appointment of Guardians ad Litem<br>3. Notice of Interested Parties, L.R. 7-1.1<br>4. July 15, 2020 Tort Claim (Exh. 1 to Plaintiff's Complaint)<br>5. USB drive containing police body camera footage of the October 8, 2019, handcuffing incident (Exh. 2 to Plaintiff's Complaint). |

**[PROPOSED] ORDER**

The Court has considered Plaintiff's Ex Parte Application to file under seal the Application for Appointment of Guardians ad Litem, Notice of Interested Parties, July 15, 2020 Tort Claim (Exhibit 1 to Plaintiff's Complaint), and USB drive containing police body camera footage of the October 8, 2019, handcuffing incident (Exhibit 2 to Plaintiff's Complaint). Having found good cause, the Court **grants** Plaintiff's application and orders that Plaintiff shall file the following documents under seal:

1. Declaration of W.B. in Support of Plaintiff's Ex Parte Application for Appointment of Guardian ad Litem;
2. Declaration of B.T. in Support of Plaintiff's Ex Parte Application for Appointment of Guardian ad Litem;
3. Notice of Interested Parties, L.R. 7-1.1;
4. Exhibit 1 to Plaintiff's Complaint (July 15, 2020 Tort Claim); and
5. Exhibit 2 to Plaintiff's Complaint (USB drive containing partial body camera footage of the October 8, 2019, handcuffing incident).

IT IS SO ORDERED.

DATED: 2/8/21

Kenly Kiya Kato
United States Magistrate Judge