1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his guardian ad litem W.B, <br><br> Plaintiffs, <br><br> v. <br><br> MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; CHAD BIANCO, in his official capacity as Riverside County Sheriff, DEPUTY SHERIFF NORMA LOZA; and DOES 1-10. <br><br> Defendants. | **Case No. 5:21-cv-00194**-~~KK~~ <br><br> **[~~PROPOSED~~] ORDER APPOINTING GUARDIAN AD LITEM** <br><br> NOTE CHANGES MADE BY COURT |

**[PROPOSED] ORDER**

Plaintiff C.B. applied to this Court for appointment of his father, W.B., and his mother, B.T., as his guardians ad litem in this matter.

The Court has considered Plaintiff's Ex Parte application and supporting papers, including sealed declarations from his parents, W.B. and B.T., providing the actual names of minor C.B., W.B., and B.T.

It appears to this Court that C.B. is a minor who is twelve years old and that his father, W.B., and/or mother, B.T., are ready, willing, and able to represent him as guardians ad litem in this matter.

It further appears that W.B. understands his role in this litigation and will protect C.B.'s interests in this litigation.

Having found good cause, the Court **grants** Plaintiff's application as to W.B. and orders as follows:

1. W.B. is appointed as guardian ad litem for minor C.B. in this action and shall prosecute it on his behalf.

IT IS SO ORDERED.

DATED: 2/10/21

Hon. Kenly Kiya Kato
United States Magistrate Judge