Robert J. Borrelle, Jr. SBN 295640
Disability Rights California
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.B. by and through his guardian ad litem, W.B.<br><br>PLAINTIFF(S)<br>v.<br>Moreno Valley Unified School District, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:21-cv-00194<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 2 to Plaintiff's Complaint. This Exhibit is a USB drive containing body camera footage of the October 8, 2019 handcuffing incident. Video "FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 8, 2021."

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 10, 2021
Date

Robert Borrelle
Attorney Name
Attorney for Plaintiff C.B.
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                        NOTICE OF MANUAL FILING OR LODGING