1  ROBERT BORRELLE (SBN 295640)
   Robert.Borrelle@disabilityrightsca.org
2  LINDSAY APPELL (SBN 330296)
3  Lindsay.Appell@disabilityrightsca.org
   DISABILITY RIGHTS CALIFORNIA
4  350 South Bixel Street, Suite 290
5  Los Angeles, CA  90017
   Tel.: (213) 213-8000
6  Fax: (213) 213-8001
7
8  *Attorneys for Plaintiffs*
   (Additional Counsel Listed on Next Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his *guardian ad litem* W.B., | Case No. 5-21-cv-00194 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF ERRATA** |
| v. | |
| MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; CHAD BIANCO, in his official capacity as Riverside County Sheriff, DEPUTY SHERIFF NORMA LOZA; and DOES 1-10. | |
| Defendants. | |

# LIST OF ADDITIONAL ATTORNEYS

MARONEL BARAJAS (SBN 242044)
MB@barajasriveralaw.com
ANNA RIVERA (SBN 239601)
AR@barajasriveralaw.com
BARAJAS & RIVERA, APC
1440 N. Harbor Blvd. Suite 900
Fullerton, CA 92835
Tel: (714) 443-0096

Claudia Center, SBN 158255
ccenter@dredf.org
Malhar Shah, SBN 318588
mshah@dredf.org
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
3075 Adeline St #210
Berkeley, CA 94703
Tel.: (510) 644-2555
Fax: (510) 841-8645

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE THAT** following the Court's Order Granting Plaintiff's Ex Parte Application to File Under Seal (Feb. 8, 2021, ECF No. 30), Plaintiff mistakenly filed under seal four documents that contained redaction markings (Docket Nos. 31-34). Plaintiff subsequently refiled the correct, unredacted documents under the following Docket numbers:

| Document | ECF No. |
| --- | --- |
| Declaration of W.B. in Support of Plaintiff's Ex Parte Application for Appointment of Guardians ad Litem | 35 |
| Declaration of B.T. in Support of Plaintiff's Ex Parte Application for Appointment of Guardians ad Litem | 36 |
| Notice of Interested Parties, L.R. 7-1.1 | 37 |
| July 15, 2020 Tort Claim (Exh. 1 to Plaintiff's Complaint) | 38 |

DATED: February 12, 2021        Respectfully submitted,

*/s/ Robert Borrelle*

ROBERT BORRELLE
LINDSAY APPELL
DISABILITY RIGHTS CALIFORNIA