1 | **LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
2 | ALLEN CHRISTIANSEN SBN 263651
   | achristiansen@law4cops.com
3 | 1631 E. 18th Street
   | Santa Ana, California 92705
4 | (714) 953-5300 • Fax (714) 953-1143

5 | Attorneys for Defendants
6 | County of Riverside (also erroneously sued and served as Riverside County Sheriff's Department and Chad Bianco in his official capacity) and Norma Loza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his *guardian ad litem*, W.B., <br><br> Plaintiff, <br><br> vs. <br><br> MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT, DEMETRIUS OWENS, MANUEL ARELLANO, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, in his official capacity as Riverside County Sheriff; DEPUTY SHERIFF NORMA LOZA; and DOES 1-10, <br><br> Defendants. | No. 5:21-cv-00194-KK <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served : 02/18/2021 <br> Current Response Due : 03/11/2021 <br> New Response Date : 04/12/2021 |

///

1

JOINT STIPULATION

**TO THE CLERK AND ALL INTERESTED PARTIES:**

Pursuant to Local Rule 8-3, on February 23, 2021 the parties stipulated to extend the time to respond to the initial complaint. The current due date of any responsive pleading is March 11, 2021 and the new response date, pursuant to stipulation and Local Rule, will be **April 12, 2021**.

DATED: February 24, 2021    FERGUSON, PRAET & SHERMAN, APC

/s/ Allen Christiansen[1]

Allen Christiansen
Attorneys for Defendants County of Riverside (erroneously sued and served as Riverside County Sheriff's Department and Chad Bianco in his official capacity) and Norma Loza

DATED: February 24, 2021    DISABILITY RIGHTS CALIFORNIA

/s/ Robert Borrelle
Robert Borrelle
Attorneys for Plaintiff C.B.

---

[1] All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Allen Christiansen, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On February 24, 2021, I served the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3);** on the interested parties in this action:

Robert Borelle
Disability Rights California
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Attorney for Plaintiff C.B.

\_\_\_\_ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day. As to Joann Chavis only.

\_\_\_\_ (By Facsimile Service) I caused such envelope/document to be delivered via facsimile to the office of the addressee.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2021, at Santa Ana, California.

/s/ Allen Christiansen
Allen Christiansen