1  ROBERT BORRELLE (SBN 295640)
2  Robert.Borrelle@disabilityrightsca.org
   LINDSAY APPELL (SBN 330296)
3  Lindsay.Appell@disabilityrightsca.org
4  DISABILITY RIGHTS CALIFORNIA
   350 South Bixel Street, Suite 290
5  Los Angeles, CA  90017
6  Tel.: (213) 213-8000
   Fax: (213) 213-8001
7
8  *Attorneys for Plaintiffs*
   (Additional Counsel Listed on Next Page)

9
10                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  C.B., by and through his *guardian ad litem* W.B., | Case No. 5:21-cv-00194-KK |
| 13 | **PROOF OF SERVICE TO SCOTT WALKER** |
| 14               Plaintiffs, | |
| 15  v. | |
| 16  MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; CHAD BIANCO, in his official capacity as Riverside County Sheriff; DEPUTY SHERIFF NORMA LOZA; and DOES 1-10. | **Date Action Filed:** February 2, 2021 |
| 25               Defendants. | |

*LIST OF ADDITIONAL ATTORNEYS*

MARONEL BARAJAS (SBN 242044)
MB@barajasriveralaw.com
ANNA RIVERA (SBN 239601)
AR@barajasriveralaw.com
BARAJAS & RIVERA, APC
1440 N. Harbor Blvd. Suite 900
Fullerton, CA 92835
Tel: (714) 443-0096

CLAUDIA CENTER, SBN 158255
ccenter@dredf.org
MALHAR SHAH, SBN 318588
mshah@dredf.org
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
3075 Adeline St #210
Berkeley, CA 94703
Tel.: (510) 644-2555
Fax: (510) 841-8645

*Attorneys for Plaintiff*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SCOTT WALKER**

was received by me on *(date)* __2/17/2021__ .

☒ I personally served the summons on the individual at *(place)* **821 AUTUMN LANE, CORONA, CA 92881**
on *(date)* __2/25/2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/26/2021__

*Server's signature*

**CHRISTIAN CANAS**
*Printed name and title*

**1609 JAMES M WOOD BLVD., LOS ANGELES, CA 90015**
*Server's address*

Additional information regarding attempted service, etc:

## SEE ATTACHMENT FOR COMPLETE LIST OF DOCUMENTS SERVED

LA127916

## COMPLETE LIST OF DOCUMENTS TO BE SERVED:

- Summons Issued by Central District Clerk
- Dkt. No. 1: Complaint For Damages and Injunctive and Declaratory Relief
- Dkt. No. 2: Civil Case Cover Sheet
- Dkt. No. 13: Notice to Counsel re Magistrate Judge Direct Assignment Program
    - Dkt. No. 13-1: Statement of Consent to Proceed Before a U.S. Magistrate Judge (Blank)
    - Dkt. No. 52: Plaintiff's Statement of Consent to Proceed Before a U.S. Magistrate Judge
- Dkt. No. 18: First Ex Parte App. for Appointment of W.B., B.T. as GAL for C.B.
    - Dkt. No. 18-1: Declaration GAL LR 7-19.1 of Robert Borrelle
    - Dkt. No. 18-2: Declaration of W.B. ISO GAL [REDACTED]
    - Dkt. No. 18-3: Declaration of B.T. ISO GAL [REDACTED]
    - Dkt. No. 18-4: Proposed Order Proposed Order Granting GALs
- Dkt. No. 39: Order Appointing GAL
- Dkt. No. 19: Plaintiff's First Ex Parte Application to File Under Seal
    - Dkt. No. 19-1: Declaration of W.B. ISO GAL [REDACTED],
    - Dkt. No. 19-2: Declaration of B.T. ISO GAL [REDACTED],
    - Dkt. No. 19-3: Notice of Interested Parties [REDACTED]
    - Dkt. No. 19-4: Tort Claim [REDACTED]
    - Dkt. No. 19-5: Proposed Order Granting App to Seal
- Dkt. No. 20: Declaration of Robert Borrelle ISO Plaintiff's Ex Parte Application for Leave to File Under Seal
- Dkt. No. 30: Order Granting Plaintiff's Ex Parte Application to File Under Seal


The following documents were placed in an envelope labeled "Filed under seal pursuant to order of the court dated February 8, 2021":

- Dkt. No. 35: Declaration of W.B. ISO GAL (SEALED)
- Dkt. No. 36: Declaration of B.T. ISO GAL (SEALED)
- Dkt. No. 37: Notice of Interested Parties, L.R. 7.1-1
- Dkt. No. 38: July 15, 2020 Tort Claim (Exhibit 1 To Plaintiff's Complaint)

- Dkt. No. 49: Notice of Manual Filing or Lodging of Video, along with Notice of Electronic Filing.
- Video of police body camera footage (Exh. 2 to Plaintiff's Complaint)

| | | |
|---|---|---|
| Robert Borrelle, Esq<br>**DISABILITY RIGHTS CALIFORNIA**<br>350 S. Bixel Street Suite 290   Los Angeles, CA 90071 | | 1150158 |
|  | CASE #: 5:21-cv-00194-KK<br><br>C.B.<br>vs.<br>Moreno Valley Unified School District et al. | **SUMMARY OF SERVICE<br>JOB COMPLETE<br>LA127916**<br>030 - STANDARD PROCESS  (48 to 72 HRS) |
| | | **COMPLETED BY<br>Christian Canas<br>2/25/2021  5:52 PM** |
| | **PROOF OF DELIVERY** | **Reference No.:<br>1150158** |

DOCUMENTS SERVED:

**Please see attached list of documents;**

|   |   |
|---|---|
| PARTY SERVED: | Scott Walker |
| DATE & TIME OF SERVICE: | 2/25/2021<br>5:52 PM |
| ADDRESS, CITY, AND STATE: | 821 Autumn Ln<br>Corona, CA 928818326 |
| PHYSICAL DESCRIPTION: | **Age: 36 - 40 Weight: 201-220 Lbs Hair: Brown Sex: Male Height: 6'1 - 6'6 Eyes: Brown Race: Caucasian** |

MANNER OF SERVICE:

Personal Service - By personally delivering copies to Scott Walker.

---

**COURT FILINGS | SERVICE OF PROCESS | REPROGRAPHICS<br>PDF/FAX FILINGS | MESSENGER SERVICES**

---

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**

Did you know you can check status, place orders, and look up costs online?
Visit our secure website at https://express.nationwideasap.com

## PROOF OF DELIVERY



| | | |
|---|---|---|
| Nationwide Legal, LLC<br>1609 James M Wood Blvd.<br>Los Angeles, CA 90015 | | Christian Canas<br>County:  San Bernardino<br>Registration No.:  1328 |