Anna Rivera
AR@barajasriverawlaw.com
Barajas & Rivera, APC
1440 N. Harbor Blvd. Suite 900 , Fullerton, CA 92835
Tel/Fax: (714) 443-0096

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his guardian ad litem W.B.<br><br>Plaintiff(s)<br>v.<br><br>Moreno Valley Unified School District et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21-cv-00194-JGB (SPx)<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Richard Copeland_____ may serve as the Panel Mediator in the above-captioned case. ___Plaintiff's counsel, Anna Rivera,___ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 1/3/2022                         /s/ Anna Rivera
                                        Attorney For Plaintiff   C.B. through guardian ad litem W.B

Dated:                                  _____
                                        Attorney For Plaintiff

Dated: 1/3/2022                         /s/ Allen Christiansen
                                        Attorney For Defendant   County of Riverside, Sheriff's Dept

Dated: 1/3/2022                         /s/ Daniel Faustino
                                        Attorney For Defendant   Moreno Valley Unified SD

Attorney for Plaintiff to electronically file original document.