**THOMPSON & COLEGATE LLP**
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel: (951) 682-5550
Fax: (951) 781-4012

MICHAEL J. MARLATT (SBN 115957)
mmarlatt@tclaw.net
DANIEL C. FAUSTINO (SBN 207553)
dfaustino@tclaw.net

Attorneys for Defendants, MORENO VALLEY UNIFIED SCHOOL DISTRICT, MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent, DARRYL SCOTT, SCOTT WALKER, DEMETRIUS OWENS, MANUEL ARELLANO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his *guardians ad litem* W.B. and B.T., <br><br> Plaintiffs, <br><br> v. <br><br> MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; CHAD BIANCO, in his official capacity as Riverside County Sheriff; DEPUTY SHERIFF NORMA LOZA; and DOES 1-10, <br><br> Defendants. | CASE NO. 5:21-CV-00194-JGB (SPx) <br><br> JUDGE: Hon. Jesus G. Bernal <br><br> **DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS COUNTY OF RIVERSIDE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT** <br><br> DATE: March 14, 2022 <br> TIME: 9:00 a.m. <br> COURT: 1 |

Defendants MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS

1

DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS COUNTY OF RIVERSIDE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

OWENS; MANUEL ARELLANO (referred to herein as "Defendants") hereby joins in Defendants' COUNTY OF RIVERSIDE's and NORMA LOZA's (herein referred to as "County Defendants")'s opposition to Plaintiff's Motion for Leave to Amend his Complaint.

In an effort to avoid duplication and repetition of points and authorities and arguments that apply to these Defendants, these Defendants join in County Defendant's opposition, based on the following grounds:

1. Plaintiff failed to comply with the meet and confer requirements under L.R. 7-3;
2. Plaintiff's motion seeks to circumvent service requirements of Fed. R. Civ. P., Rule 4(m);
3. Plaintiff fails to meet several *Foman* factors;
4. Plaintiff fails to provide good cause.

Respectfully, Defendants request that Plaintiff's motion to amend his complaint, be denied.

DATED: February 28, 2022          THOMPSON & COLEGATE LLP

By: /s/ *Daniel C. Faustino*
MICHAEL J. MARLATT
DANIEL C. FAUSTINO
Attorneys for Defendant,
MORENO VALLEY UNIFIED SCHOOL DISTRICT, MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent, DARRYL SCOTT, SCOTT WALKER, DEMETRIUS OWENS, MANUEL ARELLANO

G:203237\PLD023-DCF-Joinder County's Opp re Mtn Amend

**DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS COUNTY OF RIVERSIDE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or adversary proceeding. My business address is: 3610 Fourteenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS COUNTY OF RIVERSIDE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/28/2022, I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On \*\*\*\*\*, I served the following persons and/or entities at the last known addresses in this case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Robert J. Borrelle, Esq.<br>Lindsay Appell, Esq.<br>Tiffany Lynne Compuesto Nocon, Esq.<br>DISABILITY RIGHTS CALIFORNIA<br>350 S. Bixel St., Suite 290<br>Los Angeles, CA 90017 | Attorney for Plaintiffs,<br>C.B., by and through his guardians ad litem W.B. and B.T.<br><br>Phone: 213-213-8000<br>Fax: 213-213-8001<br>E-Mail:<br>robert.borrelle@disabilityrightsca.org<br>lindsay.appell@disabilityrightsca.org<br>tiffany.nocon@disabilityrightsca.org |
| Maronel Barajas, Esq.<br>Anna Rivera, Esq.<br>BARAJAS & RIVERA, APC<br>1440 N. Harbor Blvd., Suite 900<br>Fullerton, CA 92835 | Attorney for Plaintiffs,<br>C.B., by and through his guardians ad litem W.B. and B.T.<br><br>Phone: 714-443-0096<br>Fax: 714-443-0096<br>E-Mail: mb@barajasriveralaw.com<br>ar@barajasriveralaw.com |
| Claudia Center, Esq.<br>Malhar Shah, Esq.<br>DISABILITY RIGHTS EDUCATION & DEFENSE FUND<br>3075 Adeline St., Suite 210<br>Berkeley, CA 94703 | Attorney for Plaintiffs,<br>C.B., by and through his guardians ad litem W.B. and B.T.<br><br>Phone: 510-644-2555<br>Fax: 510-841-8645<br>E-Mail: ccenter@dredf.org<br>mshah@dredf.org |

3

DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS COUNTY OF RIVERSIDE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

| | |
|---|---|
| Dan Stormer, Esq.<br>Shaleen Shanbhag, Esq.<br>David Washington, Esq.<br>HADSELL STORMER RENICK & DAI LLP<br>128 N. Fair Oaks Ave.<br>Pasadena, CA  91103 | Attorneys for Plaintiffs,<br>C.B., by and through his guardians ad litem W.B. and B.T.<br><br>Phone:  626-585-9600<br>Fax:    626-577-7079<br>E-Mail:<br>dstormer@hadsellstormer.com<br>sshanbhag@hadsellstormer.com<br>dwashington@hadsellstormer.com<br>tgalindo@hadsellstormer.com<br>nmolina@hadsellstormer.com |
| Allen Christiansen, Esq.<br>LAW OFFICES OF FERGUSON, PRAET AND SHERMAN APC<br>1631 East 18th St.<br>Santa Ana, CA  92705 | Attorney for Defendants,<br>County of Riverside; Riverside County Sheriff's Department, Deputy Sheriff Norma Loza<br><br>Phone:  (714) 953-5300<br>Fax:    (714) 953-1143<br>E-Mail:  achristiansen@law4cops.com<br>csherman@law4cops.com<br>cludvigson@law4cops.com |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 02/28/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 28, 2022 | MARIA SEGOVIA | /s/ Maria Segovia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

**DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS COUNTY OF RIVERSIDE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**