MUNMEETH K. SONI (SBN 254854)
Meeth.Soni@disabilityrightsca.org
LINDSAY APPELL (SBN 330296)
Lindsay.Appell@disabilityrightsca.org
STEPHEN PETERS (SBN 321848)
Stephen.Peters@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8000 / Fax: (213) 213-8001

Dan Stormer, Esq. [S.B. #101967]
David Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 / Fax: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         dwashington@hadsellstormer.com

Attorneys for Plaintiff

(Additional Counsel Listed on Next Page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.B., by and through his guardians ad litem W.B. and B.T.,<br><br>Plaintiffs,<br><br>v.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; LONIESHA KING; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; ; DEPUTY SHERIFF NORMA LOZA; DEPUTY SHERIFF JERSSY TOSCANO; and DOES 3-10.<br><br>Defendants. | Case No. 5:21-cv-00194-JGB (SPx)<br><br>[Assigned to the Honorable Jesus G. Bernal- Riverside, Courtroom 1]<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT BETWEEN PLAINTIFF C.B. AND DEFENDANTS COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, AND DEPUTY JERSSY TOSCANO**<br><br>Complaint Filed: February 2, 2021<br>Trial Date: November 21, 2023 |

---

Case No. 5:21-cv-00194-JGB (SPx)
NOTICE OF CONDITIONAL SETTLEMENT.

# **LIST OF ADDITIONAL ATTORNEYS**

MARONEL BARAJAS (SBN 242044)
MB@barajasriveralaw.com
ANNA RIVERA (SBN 239601)
AR@barajasriveralaw.com
BARAJAS & RIVERA, APC
1440 N. Harbor Blvd. Suite 900
Fullerton, CA 92835
Tel: (714) 443-0096
Fax: (714) 443-0096

CLAUDIA CENTER, SBN 158255
ccenter@dredf.org
MALHAR SHAH, SBN 318588
mshah@dredf.org
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
3075 Adeline St #210
Berkeley, CA 94703
Tel.: (510) 644-2555
Fax: (510) 841-8645

Attorneys for Plaintiff

Case No. 5:21-cv-00194-JGB (SPx)
NOTICE OF CONDITIONAL SETTLEMENT.

1  2  3  4  5  6  7

Plaintiff C.B., by and through his guardian ad litem, W.B., and Defendants County of Riverside, Riverside County Sheriff's Department, Deputy Sheriff Norma Loza, and Deputy Sheriff Jerssy Toscano, hereby inform the Court that they have agreed to the meditator's proposal and have thus entered a conditional settlement agreement that to be final requires: (i) approval by the Riverside County Board of Supervisors which is estimated to take 60 days from September 8, 2023, and (ii) approval of a minor's compromise petition by the Court.

Dated: September 14, 2023               Respectfully Submitted,

DISABILITY RIGHTS CALIFORNIA

HADSELL, STORMER, RENICK & DAI, LLP

DISABILITY RIGHTS EDUCATION & DEFENSE FUND

BARAJAS & RIVERA, APC

By: */s/Munmeeth K. Soni*
    Munmeeth K. Soni
    Attorneys for Plaintiff C.B.

Dated: September 14, 2023               Respectfully Submitted,

JONES MAYER

By: */s/ Melissa M. Ballard*
    James R. Touchstone
    Melissa M. Ballard
    Jeremy B. Warren
    Attorneys for Defendants, COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF NORMA LOZA; and DEPUTY SHERIFF JERSSY TOSCANO