MUNMEETH K. SONI (SBN 254854)
Meeth.soni@disabilityrightsca.org
LINDSAY APPELL (SBN 330296)
Lindsay.Appell@disabilityrightsca.org
STEPHEN PETERS (SBN 321848)
Stephen.Peters@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiff*
(Additional Counsel Listed on Next Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., by and through his *guardians ad litem* W.B. and B.T.,<br><br>Plaintiff,<br><br>v.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF NORMA LOZA; DEPUTY SHERIFF JERSSY TOSCANO; and DOES 3-10.<br><br>Defendants. | Case No. 5-21-cv-00194 JGB(SPx)<br>[Assigned to the Honorable Jesus G. Bernal, Courtroom 1]<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT BETWEEN C.B. AND DEFENDANTS MORENO VALLEY UNIFIED SCHOOL DISTRICT, MARTINREX KEDZIORA, DARRYL SCOTT, SCOTT WALKER, DEMETRIUS OWENS, AND MANUEL ARELLANO AND REQUEST TO CONTINUE ALL TRIAL AND TRIAL-RELATED DEADLINES**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>First Amended Complaint Filed: March 25, 2022<br>Trial Date: November 21, 2023 |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE ALL TRIAL AND TRIAL-RELATED DEADLINES**

# LIST OF ADDITIONAL ATTORNEYS

MARONEL BARAJAS (SBN 242044)
MB@barajasriveralaw.com
ANNA RIVERA (SBN 239601)
AR@barajasriveralaw.com
BARAJAS & RIVERA, APC
1440 N. Harbor Blvd. Suite 900
Fullerton, CA 92835
Tel: (714) 443-0096

CLAUDIA CENTER (SBN 158255)
ccenter@dredf.org
MALHAR SHAH (SBN 318588)
mshah@dredf.org
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
3075 Adeline St #210
Berkeley, CA 94703
Tel.: (510) 644-2555
Fax: (510) 841-8645

DAN STORMER (SBN 101967)
dstormer@hadsellstormer.com
DAVID WASHINGTON (SBN 305996)
dwashington@hadsellstormer.com
HADSELL STORMER RENICK & DAI LLP
128 N Fair Oaks Ave Suite 204
Pasadena, CA 91103
Tel.: (626) 585-9600
Fax: (626) 577-7079

*Attorneys for Plaintiff*

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-1, Plaintiff, C.B., by and through W.B., his Guardian *Ad Litem*, and Defendants Moreno Valley Unified School District, Superintendent Martinrex Kedziora, and Darryl Scott, Scott Walker, Demetrius Owens, Loniesha King, and Manuel Arellano(collectively, "District Defendants"), (collectively, "Parties"), by and through their undersigned counsel, hereby jointly stipulate and move the Court to continue all trial and trial-related deadlines, to allow the Parties to obtain the necessary Board approvals and file a minor's compromise petition to seek approval of the agreement without potentially incurring unnecessary litigation expenses and preserving judicial resources while this matters is perfected as follows:

WHEREAS, the Parties engaged in two settlement conferences, on August 30, 2023 and November 13, 2023, with panel mediator Richard Copeland, Esq.;

WHEREAS, during the second settlement conference on November 13, 2023 with Richard Copeland, Esq., Plaintiff and District Defendants reached an agreement on settlement of all of Plaintiff's monetary damages claims in this action, including the related state matter entitled *C.B. v. Moreno Valley Unified School District et al.*, Riverside County Superior Court Case No. CVRI2100888;

WHEREAS, Plaintiff and District Defendants have successfully reduced their agreement to writing via a stipulation for settlement;

WHEREAS, the Parties understand and agree that the Parties' settlement agreement is subject to i) approval by the Moreno Valley Board of Education, ii) Southern California ReLiEF Joint Powers Authority, and iii) approval of a minor's compromise petition by the Court;

WHEREAS the District Defendants' counsel anticipates presenting the settlement agreement at the next available Moreno Valley Board of Education

Meeting that is currently set for December 12, 2023;

WHEREAS the District Defendants' counsel anticipates presenting the settlement agreement at the next available Southern California ReLiEF Joint Powers Authority meeting that is set for January 18, 2024;

WHEREAS, because C.B. is a minor, and in order to comply with Local Rules Local Rules 17-1.2 and 17-1.3, Plaintiff must also file a Motion for Approval of Minor's Compromise with this Court seeking approval of the settlement once fully approved by the District Defendants' Boards;

WHEREAS, the Parties believe that continuing all trial and trial-related deadlines is appropriate to allow the Parties to secure appropriate Board and Court approvals without incurring significant additional fees and costs related to trial and trial preparation;

WHEREAS, the Parties believe that this will also serve to preserve judicial resources;

WHEREAS, the Parties aver that the request to continue all trial and trial-related deadlines will not prejudice either party or result in undue delay;

//
//
//
//
//
//
//
//
//
//
//

NOW THEREFORE, the Parties hereby jointly stipulate, and respectfully move this Court to continue all trial and trial-related deadlines for six (6) months to allow the necessary time for the District Defendants to seek approval by its Board of Education and Joint Powers Authority and the Plaintiff to seek approval from the Court of a minor's compromise petition.

**SO STIPULATED.**

DATED: November 14, 2023   BARAJAS & RIVERA, APC
HADSELL STORMER RENICK & DAI LLP
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
DISABILITY RIGHTS CALIFORNIA

   /s/ Anna Rivera
ANNA RIVERA
*Attorneys for Plaintiff*

DATED: November 14 , 2023   THOMPSON & COLEGATE LLP

   /s/ Daniel C. Faustino
MICHAEL J. MARLATT
DANIEL C. FAUSTINO
Attorneys for Defendants, Moreno Valley Unified School District; Martinrex Kedziora; Loniesha King; Darryl Scott; Scott Walker; Demetrius Owens; and Manuel Arellano

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Anna Rivera, attest that concurrence in the filing of this document has been obtained from each of the other signatories.