MUNMEETH K. SONI (SBN 254854)
Meeth.Soni@disabilityrightsca.org
LEAH KANG (SBN 344631)
Leah.Kang@disabilityrightsca.org
LINDSAY APPELL (SBN330296)
Lindsay.Appell@disabilityrightsca.org
STEPHEN PETERS (SBN 321848)
Stephen.Peters@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8000 / Fax: (213) 213-8001

Dan Stormer, Esq. (S.B. #101967)
David Washington, Esq. (S.B. #305996)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 / Fax: (626) 577-7079
Emails: dstormer@hadsellstormer.com
dwashington@hadsellstormer.com

Attorneys for Plaintiff

(Additional Counsel Listed on Next Page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.B., by and through his guardians ad litem W.B. and B.T.,<br><br>Plaintiffs,<br><br>v.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; LONIESHA KING; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF NORMA LOZA; DEPUTY SHERIFF JERSSY TOSCANO; and DOES 3-10.<br><br>Defendants. | Case No. 5:21-cv-00194-JGB (SPx)<br><br>[Assigned to the Honorable Jesus G. Bernal-Riverside, Courtroom 1]<br><br>**JOINT REQUEST FOR ENTRY OF PROPOSED STIPULATED ORDER GRANTING INJUNCTIVE AND DECLARATORY RELIEF, INCLUDING PERMANENT INJUNCTION, ON PLAINTIFF'S THIRD AND FOURTH CAUSES OF ACTION**<br><br>Complaint Filed: February 2, 2021 |

# LIST OF ADDITIONAL ATTORNEYS

MARONEL BARAJAS (SBN 242044)
MB@barajasriveralaw.com
ANNA RIVERA (SBN 239601)
AR@barajasriveralaw.com
BARAJAS & RIVERA, APC
1440 N. Harbor Blvd. Suite 900
Fullerton, CA 92835
Tel: (714) 443-0096
Fax: (714) 443-0096

CLAUDIA CENTER (SBN 158255)
ccenter@dredf.org
MALHAR SHAH (SBN 318588)
mshah@dredf.org
DISABILITY RIGHTS EDUCATION & DEFENSE FUND
3075 Adeline St #210
Berkeley, CA 94703
Tel.: (510) 644-2555
Fax: (510) 841-8645

Attorneys for Plaintiff

On October 13, 2023, this Court granted Plaintiff C.B.'s Partial Motion for Summary Judgment, finding Defendant Moreno Valley Unified School District ("MVUSD")'s "methods of administration in maintaining its police program violate the [Americans with Disabilities Act] and Section 504 of the Rehabilitation Act," and ordered the Parties to meet and confer to design a remedy to bring MVUSD into compliance with the law. ("Summary Judgment Order") Dkt. No. 254 at 17, 22.

Accordingly, Plaintiff C.B., by and through his Guardian *Ad Litem*, W.B., and Defendant Moreno Valley Unified School District ("MVUSD") (collectively, the "Parties") have designed a remedy to bring MUVSD into compliance as ordered by this Court. The Parties jointly request the Court to enter the Proposed Stipulated Order Granting Injunctive and Declaratory Relief, Including Permanent Injunction, on Plaintiff's Third and Fourth Causes of Action, attached as Exhibit A.

Respectfully submitted,

DATED: June 18, 2024

DISABILITY RIGHTS CALIFORNIA
DISABILITY RIGHTS AND EDUCATION FUND
BARAJAS RIVERA, APC
HADSELL STORMER RENICK & DAI, LLP

*/s/Munmeeth K. Soni*
Munmeeth K. Soni
Attorneys for Plaintiff C.B., a Minor, by and through his Guardian *Ad Litem*, W.B.

DATED: June 18, 2024

THOMPSON & COLEGATE, LLP

*/s/Daniel C. Faustino*
Daniel C. Faustino
Attorneys for Defendant Moreno Valley Unified School District