| | |
|---|---|
| 1 | James R. Touchstone, Esq., SBN 184584 |
|   | jrt@jones-mayer.com |
| 2 | Melissa M. Ballard, Esq., SBN 185739 |
|   | mmb@jones-mayer.com |
| 3 | JONES MAYER |
|   | 3777 North Harbor Boulevard |
| 4 | Fullerton, CA  92835 |
|   | Telephone:  (714) 446-1400 |
| 5 | Facsimile:  (714) 446-1448 |

Attorneys for Defendants, COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF NORMA LOZA; and DEPUTY SHERIFF JERSSY TOSCANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. by and through his *guardians ad litem* W.B. and B.T., | Case No.  5:21-cv-00194-JGB (SPx) |
|  | *Honorable Jesus G. Bernal* |
| Plaintiffs, | *Courtroom: 1* |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, AND DEPUTY SHERIFF JERSSY TOSCANO <u>ONLY</u>** |
| MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; LONIESHA KING; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF NORMA LOZA; DEPUTY SHERIFF JERSSY TOSCANO; and DOES 3-10, | |
|  | *[Filed Concurrently Herewith [Proposed] Order]* |
|  | [Fed. Rules of Civ. Proc. 41(a)(1)(A)(ii)] |
| Defendants. | |
|  | Action Filed: February 2, 2021 |

///

///

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED between Plaintiff C.B. by and through his guardian ad litem W.B. and Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, and DEPUTY SHERIFF JERSSY TOSCANO, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff C.B. by and through his guardian ad litem W.B.'s action is dismissed with prejudice in its entirety as to Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, and DEPUTY SHERIFF JERSSY TOSCANO only.  Each party to this Stipulation to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: February 25, 2025         JONES MAYER

By: /s/ *Melissa M. Ballard*
JAMES R. TOUCHSTONE
MELISSA M. BALLARD
Attorneys for Defendants,
COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, and DEPUTY SHERIFF JERSSY TOSCANO

Dated: February 25, 2025         BARAJAS & RIVERA, APC
HADSELL STORMER RENICK & DAI LLP
DISABILITY RIGHTS EDUCATION & DEFENSE FUNDDISABILITY RIGHTS CALIFORNIA

By: /s/ *Anna Rivera*
ANNA RIVERA
Attorneys for Plaintiffs
C.B. by and through his guardians ad litem W.B.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Melissa M. Ballard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

