UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. by and through his *guardians ad litem* W.B. and B.T.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT; MARTINREX KEDZIORA, in his official capacity as Moreno Valley Unified School District Superintendent; DARRYL SCOTT; SCOTT WALKER; DEMETRIUS OWENS; MANUEL ARELLANO; LONIESHA KING; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF NORMA LOZA; DEPUTY SHERIFF JERSSY TOSCANO; and DOES 3-10,<br><br>                    Defendants. | Case No. 5:21-cv-00194-JGB (SPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANTS COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, AND DEPUTY SHERIFF JERSSY TOSCANO <u>ONLY</u>**<br><br><br>Action Filed: February 2, 2021 |

///

///

///

ORDER

# ORDER

In consideration of the parties' stipulation for dismissal with prejudice of this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety as to Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF NORMA LOZA, and DEPUTY SHERIFF JERSSY TOSCANO <u>only</u>, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: March 3, 2025

_____
UNITED STATES DISTRICT JUDGE
JESUS G. BERNAL