UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-0194 JGB (SPx)** | Date | March 19, 2025 |
|---|---|---|---|
| Title | *C.B. v. Moreno Valley Unified School District et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order (1) STRIKING Plaintiff's Motion for Attorneys Fees (Dkt. No. 297) for Failure to Comply with the Court's Standing Order; (2) STRIKING Defendants' Opposition (Dkt. No. 300) for Failure to Comply with the Court's Standing Order; and (3) VACATING the April 14, 2025 Hearing (IN CHAMBERS)

Before the Court is a motion for attorneys' fees filed by plaintiff C.B., by and through his guardians ad litem W.B. and B.T. ("C.B." or "Plaintiff"). ("Motion," Dkt. No. 297.) The Court has recounted the procedural history of this case in its prior orders. (See "Order Denying Plaintiff's Motion for Publication," Dkt. No. 290; "Order Granting Plaintiff's Partial Motion for Summary Judgment," Dkt. No. 254.)

On March 9, 2021, this Court issued its Standing Order. ("Standing Order," Dkt. No. 65.) The Court's Standing Order states that "[i]f documentary evidence in support of or in opposition to a motion exceeds . . . 200 pages, the documents shall be placed in a binder, with an index and with each item of evidence separated by a tab divider." (Id. ¶ 9.)

On February 21, 2025, Plaintiff filed the Motion for attorneys' fees. (See Motion.) Plaintiff's Counsel delivered over 1180 pages of supporting declarations and exhibits but failed to deliver the documents in a binder with an index and with each item of evidence separated by a tab divider.

On March 10, 2025, defendants Moreno Valley Unified School District, Martinrex Kedziora, Darryl Scott, Scott Walker, Demetrius Owens, and Manuel Arellano (collectively, "Defendants") opposed the Motion. ("Opposition," Dkt. No. 300.) Defendants' Counsel filed

almost 900 pages of supporting declarations and exhibits but failed to deliver the documents in a binder with an index and with each item of evidence separated by a tab divider.

As a result of both parties' failure to submit their motion papers in compliance with the Court's Standing Order (see Standing Order ¶ 9), the Court **STRIKES** Plaintiff's Motion (Dkt. No. 297) and **STRIKES** Defendants' Opposition (Dkt. No. 300). Accordingly, the hearing set for April 14, 2025 is **VACATED**.

Parties are admonished and directed to adhere to the Court's Standing Order, Local Rules, and the Federal Rules of Civil Procedure, should they choose to re-file the Motion and for all future filings. Future failures to comply with the Court's Standing Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**